## CITY OF NEW ORLEANS v. CORDEVIOLLE.

SLIDELL, C. J. In this cause, the appellant has filed no points nor presented any argument. It was probably the view of counsel to abide the result of the cases of the *City* v. *Grailhe*, and the *City* v. *St. Romes*. We find no error in the judgment, and it is the opinion of the majority of the court, that it be affirmed, with costs.

BUCHANAN, J., dissenting, so far as relates to the railroad tax.